In the Matter of Nancy L.
BOWEN, Appellant,

v.

Charles E. BOWEN, Respondent.

No. WD 33519.

Missouri Court of Appeals,
Western District.

Nov. 9, 1982.

Jerold L. Drake of Stephens & Drake, Grant City, for appellant.

Glen A. Dietrich of Zahnd, Dietrich & Ross, Maryville, for respondent.

Before SOMERVILLE, C.J., and TURNAGE and MANFORD, JJ.

PER CURIAM:

ORDER

Appeal from an order judgment which modified a dissolution decree by granting change of child custody upon a change of circumstances.

Judgment affirmed. Rule 84.16(b).